UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-60395-CIV-(DIMITROULEAS/Lynch)

EDRIX DORVIL,

    Plaintiff,

v.

REPUBLIC SERVICES OF FL, LP,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Defendant Republic Services of Florida, LP, by and through undersigned counsel, hereby advises the Court that all matters in controversy have been settled and a Joint Stipulation for Dismissal with Prejudice will be filed with the Court within the next ten (10) days.

Dated: March 21, 2008.

                              Respectfully submitted,

                              s/ Eric K. Gabrielle
                              Jon K. Stage (Florida Bar No. 779430)
                              Email: jstage@swmwas.com
                              Eric K. Gabrielle (Florida Bar No. 160725)
                              Email: egabrielle@swmwas.com
                              STEARNS WEAVER MILLER WEISSLER
                              ALHADEFF & SITTERSON, P.A.
                              200 East Las Olas Boulevard - Suite 2100
                              Fort Lauderdale, Florida 33301
                              Telephone: (954) 462-9500
                              Facsimile: (954) 462-9567
                              Attorneys for Defendant

CASE NO. 07-60395-CIV-(DIMITROULEAS/Lynch)

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on this 21st day of March, 2008, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Eric K. Gabrielle
Eric K. Gabrielle

## SERVICE LIST
EDRIX DORVIL vs. REPUBLIC SERVICES OF FL, LP
Case No. 07-60395-CIV-(DIMITROULEAS/Lynch)

Alan M. Aronson, Esq.
Email: Aaronson@rosenthallevy.com
Rosenthal & Levy, P.A.
1645 Palm Beach Lakes Boulevard, Suite 350
West Palm Beach, Florida 33401
Tel:   561-478-2500
Fax:   561-478-3111
Attorneys for Plaintiff
Served via CM/ECF